AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA,
            Plantiff,
v.

RUTH AURORA BAHENA,
            Defendant.

**APPEARANCE**

Case Number:   14MJ1756

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    RUTH AURORA BAHENA

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/19/2014 | /s/ JAMAL S. MUHAMMAD |
| Date | Signature |
| | Jamal S. Muhammad/ Federal Defe    290712 |
| | Print Name                            Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego,        CA         92101 |
| | City          State        Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number        Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 19, 2014                         /s/   *Jamal S. Muhammad*
                                            **JAMAL S. MUHAMMAD**
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
                                            (619) 234-8467   (tel)
                                            (619) 687-2666   (fax)
                                            e-mail: Jamal_Muhammad@fd.org