FILED
Jun 12 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/vicky     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '14 CR1684-H |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| RUTH AURORA BAHENA, | |
| Defendant. | |

The United States Attorney charges:

On or about May 15, 2014, within the Southern District of California, defendant RUTH AURORA BAHENA, knowing and in reckless disregard of the fact that an alien, namely, Benito Alfaro-Tellez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move, or attempt to transport and move said alien, within the Southern District of California, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 6/12/14.

LAURA E. DUFFY
United States Attorney

for JENNIFER L. GMITRO
Assistant U.S. Attorney

JLG:gr:6/9/2014