# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br><br>vs. )<br><br>Ruth Anrora Bahena )<br>Defendant(s) ) | CRIMINAL NO. _14 CR 1684-H_<br>_14 MJ 1756_<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge. Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Benito Alfaro - Teller

DATED: _6/12/14_

RECEIVED _____
DUSM

Ruben B. Brooks

**UNITED STATES FEDERAL JUDGE**

OR

JOHN MORRILL, ~~Acting~~ Clerk

By _____   V. lee

**Deputy Clerk**

**CLERK'S OFFICE COPY**
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082