**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 14CR1684-H |
| Plaintiff, | ORDER ACCEPTING PLEA |
| v. | |
| RUTH AURORA BAHENA, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information.

DATED: June 18, 2014

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT