# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)  CASE NUMBER  14CR1684-H
vs )
)  ABSTRACT OF ORDER
)  Booking No.  47287298
Ruth Aurora Bahena )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6-19-2014__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__✓__ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**MARILYN L. HUFF**
UNITED STATES MAGISTRATE JUDGE
                                      District
                                      OR
JOHN MORRILL  _____ Clerk
by
                   Deputy Clerk
           S. YAPTANGCO

Received _____ S/CA
           DUSM

Crim-9  (Rev. 8-11)                        ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY